SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: tkaufman@sheppardmullin.com

MATTHEW M. SONNE, Cal. Bar No. 239110
FRANCES M. K. HERNANDEZ, Cal. Bar No. 281384
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email: msonne@sheppardmullin.com
fhernandez@sheppardmullin.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHANH "KELVIN" TRAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Banking Association; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:14-cv-00818-CJC-RNB<br>Hon. Cormac J. Carney<br><br>**[PROPOSED] PROTECTIVE ORDER RE CONFIDENTIALITY OF DOCUMENTS**<br><br>[Complaint Filed: April 25, 2014] |

/ / /

/ / /

/ / /

1 **[PROPOSED] ORDER**

2

3   FOR GOOD CAUSE SHOWN, the Stipulation Re Confidentiality of
4 Documents that was filed concurrently herewith on May 11, 2015 **IS SO**
5 **ORDERED.**

6

7

8 Dated:  May 12, 2015

9
   _____
10                    HONORABLE ROBERT N. BLOCK